# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO R. RECINO, | ) 1:15-cv-00362-BAM (PC) |
| | ) |
| Plaintiff, | ) ORDER REQUIRING PLAINTIFF TO PAY |
| | ) $400.00 FILING FEE IN FULL OR FILE AN |
| vs. | ) APPLICATION TO PROCEED IN FORMA |
| | ) PAUPERIS WITHIN FORTY-FIVE DAYS |
| UNKNOWN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 27, 2007.  The matter was transferred to this Court on March 6, 2015. Plaintiff neither paid the $400.00 filing fee nor filed the correct application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**
IT IS SO ORDERED.

Dated:   **March 11, 2015**                    /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE