UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. RECINO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>        Defendant. | Case No. 1:15-cv-00362-LJO-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY COURT ORDER<br><br>**FOURTEEN (14)-DAY DEADLINE** |

      Plaintiff Robert R. Recino ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On June 14, 2016, the Court issued an order requiring Plaintiff to either file a third amended complaint or notify the Court of his willingness to proceed only on the cognizable claims identified in that order. (ECF No. 27.) Plaintiff was also expressly warned that the failure to comply with that order would result in dismissal of his action, with prejudice, for failure to prosecute and failure to obey a court order. (Id. at 12.)

      Plaintiff's amended complaint or notification to the Court of his willingness to proceed on cognizable claims was due on or before July 18, 2016. To date, Plaintiff has not complied with that order, nor has he otherwise been in contact with the Court. Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

1

1 | Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN response within **fourteen (14) days** of service of this order why this action should not be dismissed, with prejudice, for failure to obey the Court's order and for failure to prosecute. Plaintiff is warned that if the response does not show GOOD CAUSE, this matter will be dismissed with prejudice.

IT IS SO ORDERED.

    Dated: __July 25, 2016__            /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE