UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. RECINO,<br><br>            Plaintiff,<br><br>      v.<br><br>UNKNOWN,<br><br>            Defendant. | Case No.  1:15-cv-00362-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CLAIMS AND DEFENDANTS<br><br>(ECF No. 32) |

   Plaintiff Robert R. Recino ("Plaintiff") is a state prisoner proceeding *pro se and in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed this matter in the U.S. District Court for the Central District of California, and it was transferred to this Court on March 6, 2015.

   On July 27, 2016, the Magistrate Judge issued Findings and Recommendations that Defendants Neubarth, Nair, Klarich, and Howden be dismissed from this action, for Plaintiff's failure to state a claim upon which relief may be granted against them. (ECF No. 32.) The findings and recommendations were served on Plaintiff and contained notice that any objections must be filed within fourteen days after service of the order.  (*Id*. at 6.) More than fourteen days have passed, and no objections were filed.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case and carefully reviewed the entire file. The Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated July 27, 2016 (ECF No. 32) are ADOPTED IN FULL;
2. Defendants Neubarth, Nair, Klarich, and Howden, are dismissed from this action for failure to state a claim for which relief may be granted against them; and,
3. This action proceeds on Plaintiff's third amended complaint, dated July 12, 2016 (ECF No. 30), against the two unknown correctional officer defendants for allegedly failing to intercede as Plaintiff was beaten by other inmates, and for delaying in obtaining medical treatment for him after the beating, in violation of the Eighth Amendment

IT IS SO ORDERED.

   Dated: __August 23, 2016__             _____/s/ Lawrence J. O'Neill_____
                                                                     UNITED STATES CHIEF DISTRICT JUDGE