# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO R. RECINO,<br><br>           Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>           Defendant. | Case No. 1:15-cv-00362-LJO-BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DOE DEFENDANTS FOR SERVICE OF PROCESS OR SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Roberto R. Recino ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This action currently proceeds on Plaintiff's third amended complaint against two unknown correctional officers for failing to intercede as Plaintiff was beaten by other inmates, and for delaying in obtaining medical treatment for him after the beating, in violation of the Eighth Amendment.

On September 13, 2017, the Court granted in part Plaintiff's motion for issuance of a subpoena duces tecum directing the Warden of California State Prison, Corcoran, to produce any and all medical reports relating to Plaintiff, from April 2004 to August 2004. (ECF No. 46.) The subpoena was returned executed on September 20, 2017. (ECF No. 48.)

As of the date of this order, Plaintiff has not submitted written notice identifying the two unknown correctional officers for service of process or otherwise communicated with the Court.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall provide the Court with written notice identifying Doe Defendants with enough information to locate the defendants for service of process, or shall show cause in writing why Doe Defendants should not be dismissed from this action for failure to prosecute; and
2. **Plaintiff's failure to comply with this order will result in dismissal of Doe Defendants from this action, and this action will be closed without further notice.**

IT IS SO ORDERED.

Dated: **April 16, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE